■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLLIN M. BROWN, Appellant. [18 NYS3d 917]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered October 1, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree (four counts).

It is hereby ordered that said appeal is unanimously dismissed (*see People v Mackey*, 79 AD3d 1680, 1681 [2010], *lv denied* 16 NY3d 860 [2011]). Present—Scudder, P.J., Smith, Carni, Lindley and Valentino, JJ.